# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                          : No. 232

: 

ORDER AMENDING RULE 1.19 OF THE : DISCIPLINARY RULES DOCKET
RULES OF PROFESSIONAL CONDUCT :

:

## ORDER

**PER CURIAM**

**AND NOW,** this 11th day of April, 2023, upon the recommendation of the Disciplinary Board of the Supreme Court of Pennsylvania, the proposal having been submitted without publication in the interests of justice and efficient administration pursuant to Pa.R.J.A. No. 103(a)(3),

**IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 1.19 of the Rules of Professional Conduct is amended in the attached form.

This **ORDER** shall be processed in accordance with Pa.R.J.A. 103(b) and shall be effective immediately.

Justice Donohue notes her dissent.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and in brackets.